```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

CARA PRUDHOMME LEE                         CIVIL ACTION

VERSUS                                     NO: 10-1335

PAUL VALLAS ET AL.                         SECTION: "J" (5)
```

### ORDER

Before the Court is Plaintiff's **Motion for Leave of Court to File First Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) (Rec. Doc. 28)** and Defendants' **Memorandum in Opposition (Rec. Doc. 29).**

Plaintiffs filed suit in Louisiana state court against Defendants, alleging discrimination and wrongful termination. Defendants removed the suit pursuant to 28 U.S.C. § 1447. Plaintiffs now seek to amend their original complaint to append a state law claim to the federal claims now pending.

In their Motion for Leave (Rec. Doc 28), Plaintiffs argue that this Court should allow them to amend their complaint under Fed. R. Civ. P. 15(a) to add a state law claim to their current federal claim. Plaintiffs argue that jurisdiction may be exercised over state law claims that are "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy." 28 U.S.C. § 1367(a).

Plaintiffs claim that both their discrimination and wrongful termination claims arise from part of the same controversy, and therefore should have supplemental jurisdiction extended to both claims.  Defendants respond that Plaintiffs' motion should be denied because it is untimely, futile, and prejudices Defendants.  Defendants argue that Plaintiffs have not met their burden of showing that the delay in filing was due to excusable oversight, inadvertence, or neglect.

Under Rule 15(a) the Court "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a).  Under 28 U.S.C. § 1367, "the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy." 28 U.S.C. § 1367. Plaintiffs seek to add claims arising out of the same controversy and should be granted leave to do so.

Accordingly, **IT IS ORDERED** that Plaintiffs' **Motion for Leave (Rec. Doc. 28)** to File First Amended Complaint is **GRANTED**.

New Orleans, Louisiana, this 27th day of May, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE