```
MINUTE ENTRY
BARBIER, J.
September 12, 2011
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARA PRUDHOMME LEE, et al. | CIVIL ACTION |
| VERSUS | NO. 10-1335 |
| PAUL VALLAS, et al. | SECTION "J" (5) |

The Court held a status conference this date in chambers. The following were in attendance: Brett Emmanuel, representing the Plaintiffs, and Lance Guest, representing the Defendants. During the conference, the Court and the parties discussed the status of the case. The parties advised the Court of the prospect of settlement and that settlement negotiations are ongoing.

\* \* \* \* \* \* \* \* \* \* \* \* \*

JS-10: 10 mins.