UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARA PRUDHOMME LEE, et al | CIVIL ACTION |
| VERSUS | NUMBER: 10-1335   SECTION: J(5) |
| PAUL VALLAS, et al | JUDGE CARL J. BARBIER |
| | MAGISTRATE ALMA L. CHASEZ |

## ORDER

**CONSIDERING THE FOREGOING MOTION TO DISMISS** (Rec. Doc. 51);

**IT IS ORDERED** that the lawsuit of petitioners, Cara Prudhomme Lee, individually, and on behalf of her minor child, Amanda Lee, and Heather Lee, against defendants, The State of Louisiana, through the Department of Education, through its unit The Recovery School District, Paul Vallas, Barbara Sharp, and Sean Goodwin, is hereby dismissed with prejudice, and with each party to assume their own fees and costs.

Thus done and signed in New Orleans, Louisiana on the 28th day of November, 2011.

_____
United States District Judge